UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CHARLES L. YARBROUGH, | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) | No. 3:18-CV-342-PLR-HBG |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) | |
| Defendant. | ) ) | |

## AMENDED REPORT AND RECOMMENDATION

This case comes before the undersigned pursuant to 28 U.S.C. § 636(b) and the Rules of this Court for consideration of Plaintiff's Motion and Application To Proceed *In Forma Pauperis*, which has been filed in the above case on August 20, 2018. On August 30, 2018, the undersigned filed a Report and Recommendation for the District Judge to whom this case is assigned, recommending that the Plaintiff should be allowed to file his Complaint without prepayment of costs, that the Complaint be **DISMISSED** for pleading deficiencies and pursuant to 28 U.S.C. § 1915(e) [Doc. 5].

On September 5, 2018, the Plaintiff filed a petition letter with the Court [Doc. 7]. In that letter, the Plaintiff asked the Court to "end current legal litigation," because he is moving to a different state and wants to re-file the litigation in his new state of residence.

1

Accordingly, the undersigned adds this additional basis in support of its recommendation that this case be dismissed after filing.[1]

Respectfully submitted,

*Bruce Guyton*
United States Magistrate Judge

---

[1] Any objections to this Report and Recommendation must be served and filed within fourteen (14) days after service of a copy of this recommended disposition on the objecting party. Fed. R. Civ. P. 72(b)(2). Such objections must conform to the requirements of Rule 72(b), Federal Rules of Civil Procedure. Failure to file objections within the time specified waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 106 S. Ct. 466 (1985). The district court need not provide *de novo* review where objections to this report and recommendation are frivolous, conclusive or general. *Mira v. Marshall*, 806 F.2d 636 (6th Cir. 1986). Only specific objections are reserved for appellate review. *Smith v. Detroit Federation of Teachers*, 829 F.2d 1370 (6th Cir. 1987).