UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| CHARLES L. YARBROUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-cv-00342 |
| | ) | REEVES/GUYTON |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| Defendant. | | |

## MEMORANDUM AND JUDGMENT ORDER

This matter is before the court on the Report and Recommendations filed by United States Magistrate Judge, H. Bruce Guyton [R. 5 & 8]. On September 5, 2018, plaintiff filed a letter with the court asking the court to "end current legal litigation," because he is moving to a different state and wants to re-file the litigation in his new state of residence [R. 7].

After a careful review of this matter, the Court is in complete agreement with the Magistrate Judge's recommendation that plaintiff's application to proceed *in forma pauperis* [R. 1] be granted, and plaintiff allowed to file his complaint without payment of costs or fees. The court further agrees that the complaint fails to state a cause of action for which relief can be granted.

Accordingly, the court **ACCEPTS IN WHOLE** the Report and Recommendations under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated

in the Report and Recommendations, which the court adopts and incorporates into its ruling that plaintiff's application to proceed *in forma pauperis* [R. 1] is **GRANTED,** and the Clerk is **DIRECTED** to file the complaint.  **IT IS FURTHER ORDERED** that the complaint [R. 2] is **DISMISSED** for failure to state a claim for which relief can be granted.

The Clerk is **DIRECTED** to close the case.

Enter:

*/s/ Pamela L. Reeves*
 **UNITED STATES DISTRICT JUDGE**